IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| TAMMY VOILES, § § Plaintiff, § § v. § § AMERICAN INTERCONTINENTAL § UNIVERSITY, § § Defendant. § § | Civil Action No. 3:16-cv-00654-JHM-CHL |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 25, 2017

By: /s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
jhoeffel@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

   I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Terance A. Gonsalves
Steptoe & Johnson LLP - Chicago
115 S. LaSalle Street, Suite 1300
Chicago, IL 60603
Phone: 312-577-1320
Email: tgonsalves@steptoe.com
Attorney for Defendant


Dated: August 25, 2017      By: /s/ Joseph C. Hoeffel
              Joseph C. Hoeffel, Esq.
              Kimmel & Silverman, P.C.
              30 E. Butler Avenue
              Ambler, PA 19002
              Tel: 215-540-8888
              Fax: 215-540-8817
              jhoeffel@creditlaw.com